UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS N. REICHERT,

    Plaintiff,

v.

KELLOGG COMPANY, et al.,

    Defendant.

                              /

Case No. 2:23-cv-12343

HONORABLE STEPHEN J. MURPHY, III

## **STIPULATED ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

Plaintiff Nicholas N. Reichert and Defendants Kellogg Company, The Kellogg Company Pension Plan, The Kellogg Company – Bakery, Confectionery, Tobacco Workers and Grain Millers Pension Plan, The Kellogg ERISA Finance Committee, The Kellogg ERISA Administrative Committee, The Bakery, Confectionery, Tobacco Workers and Grain Millers Pension Committee, and John/Jane Does 1–20 agree and stipulate to the following:

1. On September 14, 2023, Plaintiff Nicholas N. Reichert filed his Complaint in this case. (Dkt. 1.)

2. On October 6, 2023, Plaintiff served Defendants process, setting the deadline to answer or otherwise respond to the Complaint on October 27, 2023. (Dkts. 4–9.)

3. Defendants request, and Plaintiff agrees, that the October 27, 2023, date to answer or otherwise respond should be continued to December 8, 2023.

1

**WHEREFORE** it is hereby **ORDERED** that Defendants must **FILE** an answer no later than **December 8, 2023**.

  **SO ORDERED**.

            s/ Stephen J. Murphy, III
            STEPHEN J. MURPHY, III
            United States District Judge

Dated: October 23, 2023

| NICHOLAS N. REICHERT | KELLOGG COMPANY, THE BOARD OF DIRECTORS OF KELLOGG COMPANY, ERISA FINANCE COMMITTEE OF KELLOGG COMPANY, AND ERISA ADMINISTRATIVE COMMITTEE OF KELLOGG COMPANY |
|---|---|
| /s/ Allison R. Lucas<br>One of his attorneys | |
| Allison R. Lucas<br>Lisa R. Considine<br>Oren Faircloth | /s/ D. Andrew Portinga<br>One of their attorneys |
| *Counsel for Plaintiff* | Joseph J. Torres<br>Alexis E. Bates<br>Emma J. O'Connor |
| | D. Andrew Portinga (P55804)<br>Christopher J. Schneider (P74457)<br>*Counsel for Defendants* |