UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS N. REICHERT, et al.,

    Plaintiffs,

Case No. 2:23-cv-12343

HONORABLE STEPHEN J. MURPHY, III

v.

BAKERY, CONFECTIONARY,
TOBACCO WORKERS AND GRAIN
MILLERS PENSION COMMITTEE, et al.,

    Defendants.

_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's order dated April 17, 2024, Plaintiffs' claims are dismissed with prejudice.

KINIKIA ESSIX
CLERK OF THE COURT

BY: s/ R. Loury

Dated: April 17, 2024

APPROVED:

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE